4-22CV-416-O

I Prince Huntsberry to the best of my knowledge have wittness Tarrant County Jail were I'm currently locked up have wittnessed these guards deny Inmates to Medical help on multiple occasions deny alot of Inmates to Medical help.

_____   #0918678
Inmate Signature         CID Number


_____   # 0908162
Inmate Wittness          CID Number

Prince Huntsberry, #0918678, 59D
100 N. Lamar St
FT Worth, TX 76196

Bill E. Maybourn
501 tenth St
Fort Worth, TX 76102

NORTH TEXAS TX P&DC
DALLAS TX 750
9 MAY 2022 PM 10 L

RECEIVED
MAY 11 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102-363799